# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132441-43

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STEVE RADULOVICH, EDITH RADULOVICH,
and JOHN ROCHE,
            Plaintiffs-Appellants,
and

SUE RADULOVICH,
            Plaintiff, Counter-Defendant,
            Third-Party Appellant,
v

CITY OF GROSSE POINTE WOODS, TED
BIDGARE, and GENE TUTAG,
            Defendants,
and

WALTER LEVICK, STEVE LEVICK, and
LEVICK CONSTRUCTION,
            Defendants-Appellees,
and

DONN FRESARD, FRESARD DEMARCO, P.C.,
and THERESA TENAGLIA, a/k/a THERESA
LEVICK,
            Third-Party Defendants-Appellees.

SC: 132441
COA: 256594
Wayne CC: 01-121296-NZ

_____/

STEVE RADULOVICH, EDITH RADULOVICH,
and JOHN ROCHE,
            Plaintiffs,
and

SUE RADULOVICH,
            Plaintiff, Counter-Defendant,
            Third-Party Plaintiff-Appellant,
v

SC: 132442-43
COA: 258683, 260275
Wayne CC: 01-121296-NZ

CITY OF GROSSE POINTE WOODS, STEVE
LEVICK, LEVICK CONSTRUCTION, VICKI
DIAZ, TED BIDGARE, GENE TUTAG, GROSSE
POINTE WOODS ZONING BOARD, RAY
CARMONA, EARL WAKELY, DAVE
CZUPRENSKI, PATRICIA CHYLINSKI, ERIC
STEINER, ALLEN DICKINSON, THOMAS
FAHRNER, ROBERT NOVITKE, and JOSEPH
DANSBURY,
        Defendants,
and

WALTER LEVICK,
        Defendant,
        Counter Plaintiff-Appellee,
and

DONN FRESARD, FRESARD DEMARCO, P.C.,
and THERESA TENAGLIA, a/k/a THERESA
LEVICK,
        Third-Party Defendants.
_____/

      On order of the Court, the application for leave to appeal the July 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

t0319

                                    Clerk